IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| JUANITA SMILEY KEYS, as Personal Representative of the ESTATE OF VERMON TERRELL DONALD, on behalf of the Estate and the Survivors, Kyso Donald, Vermon Donald II, and Vermonica Donald,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF FLORIDA DEPARTMENT OF CORRECTIONS, and WALTER McNEIL, SAMUEL CULPEPPER, OLUBENGA OGUNSANWO, FRANK JOHANSON, GEORGE McLAFFERTY, DAVID RUMMEL, PAGE SMITH, C.E. RICHARDSON, in their individual capacities,<br><br>    Defendants. | Case No. 4:12-cv-623/RH-CAS |

**AGREED MOTION TO EXTEND TIME TO RESPOND TO MOTION**

COMES NOW the Plaintiff, through the undersigned attorney, pursuant to Rule 6, Federal Rules of Civil Procedure and N.D. Local Rules 6.1 and 7.1, and moves this Court to Extend Time to Respond to the Motion to Dismiss filed by Defendants State of Florida Department Of Corrections, and Walter McNeil, Samuel Culpepper, Olubenga Ogunsanwo, Frank Johanson, George McLafferty, David Rummel, Page Smith, C.E. Richardson, and would show that Counsel for Defendants does not oppose this Motion and would further show:

1. Defendants filed a Motion to Dismiss on December 11, 2012.

2. The response to the Motion would be due during the week between Christmas

and the New Year when the undersigned attorney had a prior commitment to spend time with his family out of town. This attorney was not able to respond to the Motion prior to the beginning of the Holidays.

3. This attorney requests an extension of time of time of 10 days.

4. This request for extension is not made for the purpose of delay and no party is prejudiced thereby. This attorney has sought no prior extensions.

5. This attorney conferred with the Attorney for the Defendants who has responded that he does not oppose the extension of time.

## MEMORANDUM OF LAW

Federal Rule of Civil Procedure 6(b) provides that the Court may extend time "when an act may or must be done within a specified time" for "good cause." Rule 6 is "a rule of general application giving wide discretion to the court to enlarge these time limits or revive them after they have expired." 1946 Notes to Fed. R. Civ. P. 6. Where opposing counsel has stipulated to an extension of time, the extension shall not be effective unless approved by the court for good cause shown. Local Rule 6.1. This attorney did not anticipate that a motion to dismiss would file during the Holiday week.

WHEREFORE, Plaintiff requests the Court extend time for the response to the Defendants' Motion to Dismiss for 10 days.

Respectfully Submitted,

*s/James V. Cook*

                JAMES V. COOK, ESQ.
                Florida Bar Number 0966853
                Law Office of James Cook
                314 West Jefferson Street
                Tallahassee, Florida  32301
                (850) 222-8080; 850 561-0836 Facsimile
                cookjv@nettally.com

                ATTORNEY FOR PLAINTIFF

I CERTIFY that the undersigned attorney conferred with opposing counsel pursuant to Local Rule 7.1 and opposing counsel does not object to the requested relief.

I CERTIFY the foregoing was filed electronically on 12/24/2012, and that the person noted below is registered to be notified by the CM/ECF electronic mail system:

Paul Allen Sprowls, Esq.
Office of the U.S. Attorney
111 North Adams Street, 4th Floor
Tallahassee, FL 32301

                *s/James V. Cook*