# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

JUANITA SMILEY KEYS,

    Plaintiff,

v.                                     CASE NO. 4:12cv623-RH/CAS

STATE OF FLORIDA, DEPARTMENT
OF CORRECTIONS,

    Defendant.

_____/

## ORDER CLOSING THE FILE

The plaintiff has filed a document labeled a stipulation that apparently indicates the parties have agreed to dismissal of this action with prejudice and without taxation of costs or attorney's fees. Because the document bears no signature for the defendant, this order treats the document as a motion for voluntary dismissal with prejudice and grants the motion. A party who disagrees with that treatment may file a timely motion to alter or amend the judgment that will be entered based on this order.

IT IS ORDERED:

The stipulation for dismissal, ECF No. 53, is treated as a motion for voluntary dismissal and is GRANTED. The clerk must enter judgment stating, "All claims are dismissed with prejudice." No costs or attorney's fees will be taxed. The clerk must close the file.

SO ORDERED on November 26, 2013.

                                            s/Robert L. Hinkle
                                            United States District Judge